UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Gillian Jordan<br>Aka Gillian Margaret Jordan-De Verteuil,<br><br>　　　　　　Debtor. | Chapter 11 (Subchapter V)<br><br>Case No.: 22-40568-nhl<br><br>Adv. Pro. No.: 1-23-01064-nhl |
| Gillian Jordan aka Gillian Margaret Jordan-De Verteuil,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Doug Naidus,<br>World Business Lenders, LLC,<br>Worldwide Land Transfer Inc.<br>WBL SPE III, LLC,<br>The Bank of Lake Mills, and<br>John Does 1-3,<br><br>　　　　　　Defendants. | |

## CERTIFICATE OF SERVICE

I, James P. Berg, Esq., hereby declare as follows:

1.　　I am an attorney-at-law admitted to practice in this Court and am a Partner of the law firm of Parker Ibrahim & Berg LLP, attorneys for Defendants Doug Naidus, World Business Lenders, LLC, and WBL SPE III, LLC (collectively, the "WBL Defendants") in the above-captioned action.

2.　　On September 15, 2023, I caused to be served true and correct copies of the WBL Defendants' Notice of Motion and Memorandum of Law in Support of Motion to Dismiss and accompanying exhibits on all other parties who have appeared in this action via CM/ECF.

3. I declare under penalty of perjury that the foregoing is true and correct.

Date: New York, New York
September 15, 2023

**PARKER IBRAHIM & BERG LLP**
*Attorneys for Defendants,*
Doug Naidus, World Business Lenders, LLC, and WBL SPE III, LLC

By: */s/ James P. Berg*
James P. Berg
5 Penn Plaza, Suite 2371
New York, New York 10001
Telephone: (212) 596-7037
Facsimile: (212) 596-7036
Email: james.berg@piblaw.com

*Please reply to Somerset address*:

270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Telephone: (908) 725-9700