UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

GILLIAN JORDAN, a/k/a GILLIAN
MARGARET JORDAN-DE VERTEIUL,

                                    Debtor.

Chapter 7

Case No.: 22-40568 (NHL)

-------------------------------------------------------------x
GILLIAN JORDAN a/k/a GILLIAN
MARGARET JORDAN-DE VERTEUIL,

                                    Plaintiff,

                -against-

DOUG NAIDUS, WBL SPE III, LLC,
WORLD BUSINESS LENDERS, LLC,
THE BANK OF LAKE MILLS,
WORLDWIDE LAND TRANSFER,
JOHN DOES 1-3,

                                    Defendants.

Adv. Pro. No. 23-01064 (NHL)

-------------------------------------------------------------x

## DECLARATION IN SUPPORT OF
## MOTION TO DISMISS ADVERSARY COMPLAINT

        David J. Mahoney, an attorney admitted to practice before the Courts of this State and this Federal Judicial District, declares, pursuant to 28 U.S.C. §1746 that:

        1.     I am a partner of Rimon P.C., attorneys for defendant the Bank of Lake Mills (the "Defendant"), and as such I am fully familiar with all facts and circumstances set forth herein.

        2.     I submit this Declaration in Support of the Defendant's motion (the "Motion") seeking entry of an order (the "Order") pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 12(b)(6), incorporated into this proceeding by Federal Rule of Bankruptcy Procedure ("Fed. R. Bankr. P.") 7012(b), dismissing the adversary complaint (the "Complaint") filed by Gillian

Jordan a/k/a/ Gillian Margaret Jordan-De Verteiul (the "Plaintiff") for failure to state a claim upon which relief may be granted.

3. Annexed hereto as **Exhibit 1** is a copy of the Complaint dated August 13, 2023.

4. I have read the Memorandum of Law in Support of the Motion to Dismiss the Adversary Complaint dated October 10, 2023, filed simultaneously herewith (the "Memo of Law"), and incorporate its contents herein, in their entirety.

5. For the reasons set forth in the Memo of Law, the Defendant respectfully requests that the Court enter an order pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Bankr. P. 7012(b) granting dismissal of the Complaint, with prejudice and without leave to replead.

I declare this under penalty of perjury that the foregoing is true and correct.

Dated: Jericho, New York
October 10, 2023

                                        **RIMON P.C.**
                                        Attorneys for Defendant,
                                        The Bank of Lake Mills

                            By:    */s/ David J. Mahoney*
                                        David J. Mahoney
                                        Partner
                                        100 Jericho Quadrangle, Suite 300
                                        Jericho, New York 11753
                                        (516) 479 – 6300