# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Gillian Jordon, aka Gillian Margaret Jordon-de Verteuil,<br><br>Debtor. | Chapter 11 [Subchapter V]<br>Case No. 1-22-40568-nhl<br><br>Hon. Nancy Hershey Lord |
| Gillian Jordan aka Gillian Margaret Jordan-De Verteuil,<br><br>Plaintiff,<br><br>v.<br><br>Doug Naidus; World Business Lenders, LLC, Worldwide Land Transfer, Inc., WBL SPE III, LLC, The Bank of Lake Mills, and John Does 1-3,<br><br>Defendants. | Adv. Pro . No.: 1-23-01064-nhl |

## NOTICE OF PRESENTMENT OF ORDER APPROVING STIPULATION RESOLVING ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE,** that upon the annexed motion of defendant WBL SPE III, LLC, dated May 23, 2025, the undersigned will present to this Court for signature, at the United States Bankruptcy Court, 271-C Cadman Plaza East, Suite 1595, Brooklyn, New York 11201 on **June 10, 2025** at **9:30 a.m.** ("Presentment Date"), or as soon thereafter as counsel can be heard, an Order Approving the Stipulation Resolving the Adversary Proceeding and memorializing Debtor-Plaintiff's treatment of WBL SPE III, LLC through her Chapter 11 Plan.

**PLEASE TAKE FURTHER NOTICE** that objections to the relief requested, together with requests for a hearing, if any, must be (i) in writing, (ii) filed with the Court, and (iii) served

upon Hinshaw & Culbertson, LLP, 800 Third Avenue, 13th Floor, New York, New York 10022, together with proof of service thereof, such that they will be received no later than one day prior to the Presentment Date. Unless objections are received at least one (1) day prior to the Presentment Date, the Order may be signed without a hearing before the Court.

Dated: New York, New York
May 23, 2025

**HINSHAW & CULBERTSON LLP**
*Attorneys for Defendants,*
Doug Naidus, World Business Lenders, LLC, and WBL SPE III, LLC

*/s/ Melissa N. Licker*
Melissa N. Licker, Esq.
800 Third Avenue, 13th Floor
New York, New York 10022
Telephone: (212) 471-6200
E-mail: mlicker@hinshawlaw.com