# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Gillian Jordon, aka Gillian Margaret Jordon-de Verteuil,<br><br>                  Debtor. | Chapter 11 [Subchapter V]<br>Case No. 1-22-40568-nhl<br><br>Hon. Nancy Hershey Lord |
| Gillian Jordan aka Gillian Margaret Jordan-De Verteuil,<br><br>                  Plaintiff,<br><br>                  v.<br><br>Doug Naidus; World Business Lenders, LLC, Worldwide Land Transfer, Inc., WBL SPE III, LLC, The Bank of Lake Mills, and John Does 1-3,<br><br>                  Defendants. | Adv. Pro . No.: 1-23-01064-nhl |

## APPLICATION FOR AN ORDER APPROVING STIPULATION RESOLVING <u>ADVERSARY PROCEEDING</u>

**TO THE HONORABLE NANCY HERSHEY LORD, U.S. BANKRUPTCY JUDGE**:

      The application of Defendants Doug Naidus, World Business Lenders, LLC, and WBL SPE III, LLC ("SPE III"), respectfully represent:

1. On March 23, 2022, the Gillian Jordan aka Gillian Margaret Jordan-De Verteuil (the "Debtor") filed her Chapter 11 Subchapter V bankruptcy case.

2. On April 15, 2022, SPE III filed a proof of claim (Claim No. 8), evidencing a secured claim in the amount of $2,262,801.39 against the Debtor's principal residence.

3. On August 13, 2023, the Debtor initiated the instant adversary proceeding objecting to SPE III's proof of claim.

4. The Debtor, through counsel, and Doug Naidus, World Business Lenders, LLC, SPE III, The Bank of Lake Mills (collectively, the "Parties") have resolved the adversary complaint with a stipulation ("Stipulation"), a true and correct copy of which is attached as **<u>Exhibit A</u>**.

5. The Stipulation provides for treatment of SPE III's Claim No. 8 as follows:

    - Secured Claim to be reduced to $450,000.00.

    - Debtor to pay SPE III $1,000.00 per month by the last business day of the month following the month in which the Effective Date of the Plan occurs, and by the last business day of each month thereafter, for a total of sixty (60) months (the "Term").

    - Interest shall accrue during the Term on the Secured Claim at a rate of 5.00%.

    - Debtor shall pay SPE III the balance owed on the Secured Claim by the last business day of the month following the conclusion of the Term.

    - Debtor may prepay any amount due on the Secured Claim at any time during the Term without penalty.

6. As the proposed Stipulation includes pre-petition arrears, Claim No. 8 filed by SPE III shall be deemed modified pursuant to the Stipulation upon confirmation of her Chapter 11 Plan that incorporates and annexes thereto the Stipulation.

**WHEREFORE**, it is respectfully requested that the Court enter the annexed Order: approving the Stipulation Resolving Adversary Proceeding; amending Claim No. 8 in accordance with the terms of the Stipulation, and; awarding such other and further relief as to the Court may seem just and proper.

Dated: New York, New York
May 23, 2025

        **HINSHAW & CULBERTSON LLP**
        *Attorneys for Defendants,*
        Doug Naidus, World Business Lenders, LLC,
        and WBL SPE III, LLC

        */s/ Melissa N. Licker*
        Melissa N. Licker, Esq.
        800 Third Avenue, 13th Floor
        New York, New York 10022
        Telephone: (212) 471-6200
        E-mail: mlicker@hinshawlaw.com