## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>Gillian Jordon, aka Gillian Margaret Jordon-de Verteuil,<br><br><br>Debtor. | Chapter 11 [Subchapter V]<br>Case No. 1-22-40568-nhl<br><br>Hon. Nancy Hershey Lord |
| Gillian Jordan aka Gillian Margaret Jordan-De Verteuil,<br><br>Plaintiff,<br><br>v.<br><br>Doug Naidus; World Business Lenders, LLC, Worldwide Land Transfer, Inc., WBL SPE III, LLC, The Bank of Lake Mills, and John Does 1-3,<br><br>Defendants. | Adv. Pro . No.: 1-23-01064-nhl |

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, I caused the Notice of Presentment of Order Approving Stipulation Resolving Adversary Proceeding, Application, and Proposed Order to be electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following recipients:

Narissa A Joseph
305 Broadway
Suite 1001
New York, New York 10007
*Plaintiff's Counsel*

Anthony C Acampora
Rimon P.C.
100 Jericho Quadrangle
Suite 300
Jericho, New York 11753
*Counsel for the Bank of Lake Mills*

Sean O'Donnell Bosack
Godfrey & Kahn, S.C.
833 E. Michigan Street
Suite 1800
Milwaukee, Wisconsin 53202
*Counsel for the Bank of Lake Mills*

Gerard R. Luckman, Esq.
Forchelli Deegan Terrana LLP
The Omni, 333 Earle Ovington Boulevard, Suite 1010
Uniondale, New York 11553
*Subchapter V Trustee*

I state under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
        May 23, 2025

Respectfully Submitted,

*/s/ Melissa N. Licker*
Melissa N. Licker, Esq.