UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>Gillian Jordon, aka Gillian Margaret Jordon-de Verteuil,<br><br>Debtor. | Chapter 11 [Subchapter V]<br>Case No. 1-22-40568-nhl<br><br>Hon. Nancy Hershey Lord |
| Gillian Jordan aka Gillian Margaret Jordan-De Verteuil,<br><br>Plaintiff,<br><br>v.<br><br>Doug Naidus; World Business Lenders, LLC, Worldwide Land Transfer, Inc., WBL SPE III, LLC, The Bank of Lake Mills, and John Does 1-3,<br><br>Defendants. | Adv. Pro . No.: 1-23-01064-nhl |

## ORDER APPROVING STIPULATION RESOLVING ADVERSARY PROCEEDING AND AMENDING CLAIM NO. 8

The attorneys for Defendants Doug Naidus, World Business Lenders, LLC, and WBL SPE III, LLC in the above-referenced case, Hinshaw & Culbertson, LLP, having moved this Court for an Order Approving the Stipulation Resolving Adversary Proceeding and Amending Claim No. 8, as set forth in the Notice of Presentment of Application of Order Approving Stipulation Resolving Adversary Proceeding and Amending Claim No. 8 in accordance with the Stipulation, and upon reading and filing said Application, dated May 23, 2025, and there having been no appearance in opposition thereto, and due deliberation having been had thereon,

1

NOW, pursuant to 11 U.S.C. §105 and F.R.B.P. 9019, it is hereby

ORDERED, that the Stipulation annexed hereto as **<u>Exhibit A</u>** is hereby approved; and it is further

ORDERED, that the Stipulation annexed hereto as **<u>Exhibit A</u>** shall be incorporated into and made a part of any plan confirmed on behalf of Debtor Gillian Jordon aka Gillian Margaret Jordon-de Verteuil ("Debtor"); and it is further

ORDERED, that the Stipulation shall replace Claim No. 8 filed by WBL SPE III, LLC; and it is further

ORDERED, that, in the event that Debtor's bankruptcy case is dismissed, the terms of the Stipulation shall terminate; and it is further

ORDERED, that the adversary proceeding is now resolved and shall be marked "closed" by the Clerk of Court.

Dated: November 12, 2025
Brooklyn, New York



_____
Nancy Hershey Lord
United States Bankruptcy Judge